

MEMO ENDORSED



## OFFICE OF THE DISTRICT ATTORNEY, Bronx County



ROBERT T. JOHNSON  
District Attorney

198 East 161st Street  
Bronx, New York 10451

(718) 590-2156  
Fax 590-6523

August 12, 2008

The Honorable Gerard E. Lynch  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 910  
New York, New York 10007

                Re:    Randy Soto v. Walsh  
                        08 Civ. 5283 (GEL)

Your Honor:

    I have been assigned to respond to the above-referenced petition for a writ of *habeas corpus*. Pursuant to Your Honor's Order filed on July 9, 2008, respondent's answer is due on September 5, 2008. I am, however, writing to request a three-month extension to file a response.

    Since being assigned this case, I have filed responses to two direct appeals to the Appellate Division, First Department: People v. Pablo Lacayo and People v. Randy Miles. I am currently working on responses for three additional direct appeals to the Appellate Division, First Department: People v. Samuel Lewis, People v. Sal Merante, and People v. Troy Logan. I am also working on a response to a *coram nobis* to the Appellate Division, First Department, People v. Phillip Frieson.

    The file's length, the case's complexity, my other assignments, and the fact that I am getting married in October, and will be out of the office from October 6, 2008 through October 24, 2008, result in this request for an extension of time.

    Therefore, I respectfully request an extension of ninety-one (91) days from the ordered reply date of Friday, September 5, 2008, to Friday, December 5, 2008, to fully answer the petition.

\* Granted, but there will be no further extensions.

**SO ORDERED**

/s/ Gerard E. Lynch  
GERARD E. LYNCH, U.S.D.J.  
8/18/08

      No previous extensions have been sought or obtained for responding to the petition, and I have neither sought nor obtained the consent of my incarcerated adversary for this extension.

      Thank you for your consideration in this matter.

                                          Respectfully,

                                          **NIKKI D. FALDMAN**
                                          Assistant District Attorney
                                          Appeals Bureau

cc:    Randy Soto
        DIN # 01-A-3858
        Sullivan Correctional Facility
        PO Box 116, Riverside Drive
        Fallsburg, New York 12733-0116